JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-8082-VBF(Ex)**                    Dated: **February 25, 2011**

Title:    Sample Digital Holdings, LLC -*v*- PIX Systems, LLC

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                                  None Present
        Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                                    None Present

**PROCEEDINGS (IN CHAMBERS):**         **COURT ORDER DISMISSING ACTION**

    Before the Court is the Notice Of Voluntary Dismissal filed by Plaintiff on February 23, 2011.  Dkt. 6.

    In light of the Notice (dkt. 6), the Court hereby DISMISSES the action in its entirety.  Fed. R. Civ. P. 41(a).  This action is closed and all future dates are vacated.

MINUTES FORM 90                         Initials of Deputy Clerk    jre
CIVIL - GEN

-1-